UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In Re:                                              PROCEEDINGS UNDER CHAPTER 13
                                                    CASE NO. 15-17331 BKC-RAM
Cynthia Portales
SSN:  xxx-xx-3252

_____Debtor(s).  /

## MOTION TO WITHDRAW AS COUNSEL FOR THE DEBTOR

**COME NOW**, PATRICK L. CORDERO, attorney for the debtor, Cynthia Portales ("Debtor"), and moves this honorable court to file this Motion to Withdraw as Counsel for the debtor and states as follows:

1. That this undersigned counsel has been retained by the Debtor to represent her in a Chapter 13 bankruptcy proceeding filed on April 23, 2015.

2. That because of irreconcilable differences, the undersigned counsel wishes to withdraw as counsel for the Debtor.

**WHEREFORE**, attorney Patrick L. Cordero, respectfully requests that this Court enters an Order Granting this Motion and relieving Patrick L. Cordero, Esq. and The Law Firm of Patrick L. Cordero of any and all further obligations of behalf of the Debtor in this case.

I Hereby Certify that I am admitted to the Bar of the United States District Court for the Southern District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court set forth in Local Rule 2090-1 (A).

Respectfully submitted,

**Law Offices of Patrick L Cordero, Esq.**
Attorney for Debtor(s).
198 NW 37th Avenue
Miami, Florida 33125
Tel: (305) 445-4855

_____/s/ (FILED ECF)_____
PATRICK L. CORDERO, ESQ.
FL Bar No. 801992