Judge Robert A. Mark
United States Bankrubcty Court
Southern District of Florida
C. Clyde Atkins United States Courthouse
301 North Miami Avenue, Room 417
Miami, Fl 33128

RE: Case 15-17331-RAM
Debtor: Cynthia Portales
16630 SW 140 Ave
Miami, Fl 33177
Cell Ph: 786-370-5139
Email: vividcc17@yahoo.com

Dear Robert A. Mark, Judge,

First and foremost, I would like to sincerely apologize that you were misinformed regarding my specific request or petition if you will, to dismiss my Bankruptcy/LMM case. I, Cynthia Portales did request for a voluntary dismissal of my Bankruptcy/LMM due to The Law Office of Patrick Corderos misrepresentation of the programs details. I, Cynthia Portales was advised that it was ok to leave the hearing prematurely to your presence in your courtroom by the court room representative calling out the cases on November 10, 2015 and Ms. Miriam Marenco the representing attorney for The law Office of Patrick Cordero. However, after receiving today's letter of the court ordered denial of fees, I realize I should have stayed for your presence on the bench and your final decision of my case, so that I too in all fairness could express my concerns. In this written letter I would like to properly inform you and the courts that my only request while presenting myself available for this court hearing dated November 10, 2015, case: 15-17331-RAM was to make my request known. I requested a dismissal for a wrongful bankruptcy/LMM filed on my behalf through mischief of Mr. Patrick Cordero. This was my only intent for being present at this hearing November 10, 2015. I haven't the slightest idea where the idea of my fees paid being returned to me or not, having become a part of this hearing nor do I believe anyone in their right mind would forfeit $10,000.00 plus.

On November 10, 2015 I, Cynthia Portales showed up for a hearing for my legal counsels withdrawal, thats it! When my name came up on the calender number 92, the court representative in your court room and Ms. Miriam Marenco the representing attorney for The Law Office of Patrick Cordero in authority and presenting cases addressed my case in the following manner:

When Ms. Miriam Marenco the representing attorney for The law Office of Patrick Cordero noticed that I, Cynthia Portales was present for the hearing, Ms. Miriam Marenco walked over to the pew and singled me to step outside of the court room explaining that she couldn't talk to me in the court room. Ms. Miriam Marenco the representing attorney for The law Office of Patrick Cordero. explained to me that she was just their to withdraw as representing counsel on behalf of Mr. Patrick Cordero. At which time I, Cynthia Portales informed her that I needed the Bankruptcy to be dismissed. Ms. Miriam Marenco said ok. I, Cynthia Portales did not

mention absolutely anything about my monies or fees. I, Cynthia Portales went back inside the court room to speak to the court room representative that was reading off the court cases, as I approached the court representative, Ms. Miriam Marenco the attorney for The Law office of Patrick Cordero appeared at my side, as I spoke to your the court room representative, I, Cynthia Portales kindly requested that my case for Bankruptcy be dismissed, she asked Ms. Miriam Marenco the representing attorney for The Law Office of Patrick Cordero if she agreed and Ms Miriam Marenco the representing attorney for The law Office of Patrick Cordero, responded: Yes! Your court room representative wrote down what I thought was my request for the bankruptcy dismissal and then the court representative asked Ms. Miriam Marenco, who would be writing up the motion for the Bankruptcy dismissal and Ms. Miriam Marenco responded that she would be writing up the motion for dismissal. At which point, I Cynthia Portales asked both the court room representative and Ms. Miriam Marenco the representing attorney for The law Office of Patrick Cordero if my presence would still be needed in front of you the judge and without hesitation they both responded no, there's no need for you to be here.

Today November 16, 2015, upon receiving your denial letter for fees, I, Cynthia Portales am left dumb founded. Justice is not justice at all! How can justice being served in the United States Court Room be one sided, unjust and unfortunately misinformed by those in authority to do so. I, Cynthia Portales filed a 9 page letter on November 9, 2015 via courier explaining the unfortunate abuse that I have endured physically, mentally and financially from Mr. Patrick Cordero's misleading representation of the Bankruptcy/LMM program but , I come home to find a formal court ordered letter stating a false allegation (statement), whereby the letter implies that I, Cynthia Portales somehow, someway said to someone, "Its ok keep my money"! I never said nor implied such a thing ever, not in writing or verbally did I state that I was not requesting fees returned. Matter of fact, being it that I, Cynthia Portales am not an attorney and do not understand the attorney verbal jargon makes me totally unaware that this meeting was nothing other then a withdrawal of (The Law Office of Patrick Cordero, Mr. Patrick Cordero himself) as my legal counsel services due to a statement that only Mr. Patrick Cordero could conjuncture stating "irreconcilable differences" which are mere words in order to excuse or portray the masking of his own wrongful behaviors and representation of the laws and programs available to the public for people in need.

I am and will continue to pursue my monies because I am a hard working single mother with a with a son who has special needs, who trusted a United States Licensed Attorney Mr. Patrick Cordero of The Law Office Patrick Cordero to represent me in order to try to save home based on my true ownership rights, name on mortgage note not a Bankruptcy/LMM only to be told after thousands of dollars that the bankruptcy is one thing and the LMM program is another, the program was explained months after the process began. The explanation was now that the two different programs the Bankruptcy and LMM are not one of the same program, as is represented by Mr. Patrick Cordero. Mr. Patrcik Cordero has been known to have helped many but he has also been known to have dishonest dealings with many clients as well. I honestly believe that until the assigned governing bodies/entities uncover that Mr. Patrick Cordero is not who he says he is and his behaviors are inexcusable as a human being in authority licensed as an attorney and empowered by his huge ego, empire,arrogance and lack of respect, not to mention putting his hands on his clients, then maybe justice will be rightfully served.

I hope that you will consider that my apology is more then sincere, that you will take a serious

look into Mr. Patrick Cordero's legal practices and wrongful behaviors. I will patiently promise that I will pray to God for the rest of my life that "The Law Office of Patrick Cordero" be investigated, found out, held accountable and hopefully Mr. Patrick Cordero acknowledge that he has been coupleble and accountable for mistreating people in need.

I want to thank you in advance for your attention to this matter and I hope that the truth in this matter will be exposed and my monies returned.

Sincerely

Cynthia Portales

Cc:

Office of State Attorney
Office of Katherine Fernandez Rundle
Eleventh Judicial Circuit Court of Florida
10710 s.w. 211 st, ste1904
Cutler Ridge, Fl 33189-2834

The Florida Bar
651 East Jefferson Street
Tallahassee, Fl 32399-2300

U.S Department Justice
950Pennsylvania Avenue, NW Washington, DC 20530-0001
Clifford J. White III
Director