

**ORDERED in the Southern District of Florida on January 15, 2016.**

Robert A. Mark, Judge
United States Bankruptcy Court

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| In re: | CASE NO. 15-17331-RAM |
| | CHAPTER 13 |
| CYNTHIA PORTALES, | |
| Debtor. | |

**ORDER DENYING MOTION FOR DISGORGEMENT OF FEES**

On December 9, 2015, the Court received a letter from the Debtor which has been docketed as a Motion for Disgorgement of Fees [DE# 68]. The Motion for Disgorgement of Fees seeks reconsideration of the November 13th Order Denying Motion to Refund Fees [DE #58]. The Court scheduled and held a hearing on

January 14, 2016 on the Motion for Disgorgement of Fees. After considering the record, including the testimony of Ms. Portales and the testimony of Patrick Cordero Esq., and for the reasons stated on the record at the January 14th hearing, it is

**ORDERED** that the Motion for Disgorgement of Fees [DE# 68] is denied.

###

COPIES TO:

Patrick L. Cordero, Esq.

Cynthia Portales
16630 SW 140th Avenue
Miami, FL  33177

Nancy K. Neidich, Trustee